AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Daughtrey, Martha C | 2. Court or Organization  6th Circuit Court of Appeals | 3. Date of Report  06/04/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Circuit Judge | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2006  to  12/31/2006 |
| 7. Chambers or Office Address  300 Customs House  701 Broadway  Nashville, TN 37203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1975-93 | Tennessee State Retirement System (former state judge) |
| 2. 1972-75 | TIAA-CREF (former law professor) |
| 3. | |

RECEIVED 2007 JUN 12 A 9: 30 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Daughtrey, Martha C | 06/04/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 7/06 | Institute of Judicial Administration, 1-wk seminar | $ 1500 |
| 2. 2006 | Tennessee State Retirement System | $ 26,652 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | The Tennessean (freelance writing) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. American Bar Association | 2/10/06 - Chicago - committee mtg - t,l,f |
| 2. New York University | 2/16/06 - New York City - Hauser Selection Committee - t,l,f |
| 3. American Bar Associaation | 2/19/06 - Lexington, KY, University of Kentucky site visit - t,l,f |
| 4. Rutgers University Law School | 3/29/06 - Camden, NJ - moot court, t,l,f |
| 5. American Bar Association | 6/09/06 - Cleveland - committee meeting, t,l,f |

| Name of Person Reporting | Date of Report |
|---|---|
| Daughtrey, Martha C | 06/04/2007 |

| | | |
|---|---|---|
| 6. | American Bar Association | 8/02/06 - Honolulu - committee meeting, t,l,f |
| 7. | American Bar Association | 9/28/06 - Chicago - committee mtg. - t,l,f |
| 8. | American Bar Association | 12/01/06 - Naples, FL - committee mtg. - t,l,f |

| Name of Person Reporting | Date of Report |
|---|---|
| Daughtrey, Martha C | 06/04/2007 |

| Name of Person Reporting | Date of Report |
|---|---|
| Daughtrey, Martha C | 06/04/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Countrywide Home Mortgage, Phoenix | partnership in ▇▇▇▇ | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Daughtrey, Martha C | 06/04/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions Bank (Stock) (merged with AmSouth) | A | Dividend | J | T | | | | | |
| 2. AmSouth (checking accounts) | C | Interest | M | T | | | | | |
| 3. Williams Co. (stock) | A | Dividend | K | T | | | | | |
| 4. Gannett, Inc. (stock) | A | Dividend | K | T | | | | | |
| 5. American Electric Power (stock) | A | Dividend | J | T | | | | | |
| 6. Bristol Meyer Co. (stock) | A | Dividend | J | T | | | | | |
| 7. J.P. Morgan Chase (stock) | A | Dividend | K | T | | | | | |
| 8. Kroger Co. (stock) | A | Dividend | K | T | | | | | |
| 9. Chevron Corp. (stock) | C | Dividend | M | T | | | | | |
| 10. Morgan Stanley Harbor I(annuity) | A | Interest | L | T | | | | | |
| 11. TIAA-CREF (stock and annuity) | A | Interest | M | T | | | | | |
| 12. Gannett 401(k) (Pension account) | A | Dividend | K | T | | | | | |
| 13. Terra Industries (stock) | A | Dividend | J | T | | | | | |
| 14. Longleaf Partners (mutual fund) | A | Dividend | M | T | | | | | |
| 15. Mutual Series Beacon Fund (mutual fund) | C | Dividend | M | T | | | | | |
| 16. T Rowe Price Stock Fund (mutual fund) | A | Dividend | L | T | | | | | |
| 17. Federated Kaufmann (mutual fund) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Daughtrey, Martha C | 06/04/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Pershing Government Accounts (money market) | A | Interest | K | T | | | | | |
| 19. HSBC Holdings (stock) | A | Dividend | J | T | | | | | |
| 20. Exxon Mobil (stock) | B | Dividend | L | T | | | | | |
| 21. Dell Computer (stock) | A | Dividend | J | T | | | | | |
| 22. EMC Corp (stock) | A | Dividend | J | T | | | | | |
| 23. Intel Corp (stock) | A | Dividend | J | T | | | | | |
| 24. Oracle Corp (stock) | A | Dividend | J | T | | | | | |
| 25. Sun Micro Systems (stock) | A | Dividend | J | T | | | | | |
| 26. Pioneer Natural Resources, Midland TX | A | Royalty | J | W | | | | | |
| 27. Zimmer Hldgs Inc. (stock) | A | Dividend | J | T | | | | | |
| 28. Plains Mktg. , LP, Houston, TX | A | Royalty | J | W | | | | | |
| 29. Morgan Stanley Municipal Income Trust (mutual fund) | B | Dividend | K | T | | | | | |
| 30. Morgan Stanley Sched. Annuity Manager | C | Interest | L | T | | | | | |
| 31. Morgan Stanley Multi-Mkt. (mutual fund) | A | Dividend | J | T | redemption | 7/1 | J | | |
| 32. Dodge & Cox Stock Funds (mutual fund) | A | Dividend | L | T | | | | | |
| 33. Vanguard 500 Fund (mutual fund) | A | Dividend | K | T | | | | | |
| 34. Vanguard Sp. Hlth Care (mutual fund) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Daughtrey, Martha C | 06/04/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Meridian Growth Fund (mutual fund) | A | Dividend | K | T | | | | | |
| 36. Freddie Mac (stock) | A | Dividend | J | T | sell | 6/28 | J | | |
| 37. Freddie Mac (stock) | A | Dividend | J | T | sell | 7/6 | J | | |
| 38. Federated Cap Res (money mkt transfer fm AllianceBernstein) | A | Interest | J | T | | | | | |
| 39. Ryanair Hldgs (stock) | A | Dividend | J | T | buy | 12/13 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Daughtrey, Martha C | 06/04/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Daughtrey, Martha C | 06/04/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▬▬▬▬▬▬▬▬▬▬▬▬     Date   06.04.07

NOTE: AN INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544